UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20271-CIV-GAYLES/TURNOFF

ROGER JAVIER CARBALLO MONTES,
and all others similarly-situated,

    Plaintiffs,
vs.

LORENZO AUTO SERVICES CORP.,
and FRANCISCO J. JIMENEZ,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO STATMENT OF CLAIM

COME NOW, Defendants, LORENZO AUTO SERVICES CORP. and FRANCISCO J. JIMENEZ, by and through their undersigned counsel, and hereby respond to Plaintiff's Statement of Claim, and state:

1. The Corporate Defendant is not an enterprise engaged in commerce as it did not gross more than $500,000.00 per year during the relevant time period.

2. Plaintiff did not work and average of 54 hours per week, he worked well below that number.

3. Plaintiff is hereby served with the corporate tax returns for the years 2014 through 2016 to demonstrate that the Corporate Defendant did not gross more than $500,000.00 per year.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to J.H. Zidell, Esq. of J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141, on this 6th day of March, 2017.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce De Leon Boulevard, Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960