UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20271-CIV-GAYLES

ROGER JAVIER CARBALLO MONTES, and others similarly-situated,

    Plaintiffs,

vs.

LORENZO AUTO SERVICES, CORP., et al.

    Defendants.

_____/

## DEFENDANTS' WITNESS LIST

1. Francisco J. Jimenez
   c/o Eddy O. Marban, Esq.

2. Rafael Diaz
   3151 N.W. 17 Avenue
   Miami, Florida

3. Pedro Rafael Reyes
   c/o Eddy O. Marban, Esq.

4. Roger Javier Carballo Montes
   c/o J.H. Zidell, Esq.

5. Rebuttal Witnesses, *live witness* or *deposition testimony*
   Deposition designations to be read, if any, are unknown at the present time.

6. Impeachment Witnesses, *live witness* or *deposition testimony*
   Deposition designations to be read, if any, are unknown at the present time.

7. Witnesses listed by Plaintiff, *live witness* or *deposition testimony*
   Deposition designations to be read, if any, are unknown at the present time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Electronic Filing generated by CM/ECF, to J.H. Zidell, Esq. of J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami beach, Florida 33141, on this 28th day of June, 2017.

                                      THE LAW OFFICES OF
                                      EDDY O. MARBAN
                                      2655 S. LeJeune Road, Suite 804
                                      Coral Gables, Florida 33134
                                      Telephone (305) 448-9292
                                      Facsimile (305) 448-9477
                                      E-mail: marbanlaw@gmail.com

                                      By: *s/Edilberto O. Marban*
                                              EDDY O. MARBAN, ESQ.
                                              Fl. Bar No. 435960