UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20271-CIV-GAYLES

ROGER JAVIER CARBALLO MONTES, and others similarly-situated,

       Plaintiffs,

vs.

LORENZO AUTO SERVICES, CORP., et al.

       Defendants.

_____/

## DEFENDANTS' NOTICE OF HEARING

PLEASE TAKE NOTICE that a discovery hearing will be held before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on **Tuesday, August 22, 2017 at 2:00 p.m**. in the 10th Floor, United States District Courthouse, 301 N. Miami Avenue, Miami, Florida 33128.

## DISCOVERY ISSUES

1.    Motion to Compel Plaintiff's Answers to Defendants' First Set of Interrogatories.

2.    Motion to Compel Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories.

3.    Motion to Compel Plaintiff's Responses to Defendants' First Request for Production Nos. 2, 4, 9, 10, 12, 13-15, 18, 23, 24, 26, 27, 29-32 and 34.

## CERTIFICATE OF GOOD FAITH

Defendants conferred with Plaintiff's counsel; however, the parties were unable to resolve the pending discovery issues.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Electronic Filing generated by CM/ECF, to J.H. Zidell, Esq. of J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami beach, Florida 33141, on this 9th day of July, 2017.

THE LAW OFFICES OF
EDDY O. MARBAN
2655 S. LeJeune Road, Suite 804
Coral Gables, Florida 33134
Telephone (305) 448-9292
E-mail: marbanlaw@gmail.com

By: <u>*s/Edilberto O. Marban*</u>
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960